UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT JACKSON,

                    Plaintiff,                    16 **CIVIL** 8516 (PMH)

       -against-                         **JUDGMENT**

C.O. ANGELA JACKSON, et al.,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 16, 2021, based upon the foregoing, the motion for summary judgment is GRANTED.; accordingly, the case is closed.

**Dated:** New York, New York
         March 17, 2021

                                                **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**
                        **BY:**
                                                      **Deputy Clerk**